(No. 6410

Kenneth H. Moore, Claimant, *vs.* State of Illinois, Department of Local Government Affairs, Respondent.

*Opinion filed November 14, 1972.*

Kenneth H. Moore, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6424

Silver R. Shearer, Claimant, *vs.* State of Illinois, Department of Conservation, Respondent.

*Opinion filed November 14, 1972.*

Silver R. Shearer, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.